DEBORAH G. LEVINE
CA State Bar #57607
Law Offices of Deborah G. Levine
1299 Newell Hill Place, Suite 300
Walnut Creek, CA 94596
Tel. (925) 933-5100
Fax (925) 933-5297

Attorney for RAQUEL MANZO PORTILLO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs<br><br>RAQUEL MANZO PORTILLO,<br><br>Defendant | **CASE NO. CR 17-00554 PJH**<br><br>STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRE TRIAL RELEASE |

    The defendant RAQUEL MANZO PORTILLO was released from custody on November 17, 2017 and is on pre trial services supervision. A condition of her release is that she shall have no contact with any co-defendant. One of the co-defendants in this case is her husband, Jose Ivan Portillo. Ms. Manzo Portillo and Mr. Portillo have children in common, Mariah Portillo Manzo and Jonathan Portillo Manzo, who want very much to visit their father who is in custody at Alameda County's Santa Rita Jail. Ms. Manzo Portillo desires to visit with her husband. For this reason the parties stipulate and agree that it is reasonable for Raquel Manzo Portillo to visit with her husband and facilitate visits between her children and their father Jose Ivan Portillo at the Santa Rita Jail. Kalisi Kupu, United States Pre Trial Services Officer, who supervises Ms.

Mazo Portillo has no objection to this modification as long as it is also ordered that Raquel Manzo Portillo and Jose Ivan Portillo do not discuss the pending case.

IT IS SO STIPULATED:

Dated: December 20, 2017  \_\_\_/s/_____
DEBORAH G. LEVNE
Counsel for defendant RAQUEL MANZO PORTILLO

Dated: December 20, 2017  \_\_\_/s/_____
HELEN L. GILBERT
Assistant United States Attorney

[PROPOSED] ORDER

RAQUEL MANZO PORTILLO's conditions of release are hereby modified to allow Ms. Manzo Portillo to visit her husband, Jose Ivan Portillo, and facilitate visits between the children, Mariah Portillo Manzo and Jonathan Portillo Manzo and their father, co-defendant Jose Ivan Portillo, at the Santa Rita Jail, Alameda County. Defendant, Raquel Manzo Portillo, shall not discuss the pending case with Jose Ivan Portillo.

Dated: 12/21/17  _Kandis Westmore_
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE