1  DEBORAH G. LEVINE
   CA State Bar No. 57607
2  Law Offices of Deborah G. Levine
   1299 Newell Hill Place, Suite 300
3  Walnut Creek, CA  94596
   Tel. (925) 933-5100
4  Fax  (925)933-5297

5  Attorney for RAQUEL MANZO PORTILLO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| THE UNITED STATES OF AMERICA, | ) | **No. CR-17-00554 PJH** |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND |
|  | ) | [PROPOSED] ORDER FOR |
| vs. | ) | PERMISSION TO TRAVEL |
|  | ) | OUT OF NORTHERN DISTRICT |
| RAQUEL MANZO PORTILLO | ) | APRIL 6, 2018 |
| Defendant. | ) |  |

The Defendant RAQUEL MANZO PORTILLO, through her counsel, DEBORAH G. LEVINE and Assistant United States Attorney, HELEN GILBERT, do hereby stipulate that Defendant, RAQUEL MANZO PORTILLO, be permitted to travel out of the Northern District on APRIL 6, 2018 and return on the same day to attend the burial or her sister, Guadalupe Manzo-Ochoa in Merced County at the Plainsburg Cemetery.

The defendant is currently in compliance with the conditions of her pre-trial release. United States Pre-Trial Service Officer Kalisi Kupu was informed of these travel plans and he has no objection as long as Ms. Manzo Portillo provides details of her travel plans and continues to remain in contact by telephone with pre trial services as required. All other release conditions to remain unchanged.

For the forgoing reasons, the parties stipulate and agree that Raquel Manzo Portillo be permitted to travel out of the Northern District of California to Merced County (by car) April 6, 2018 and return to the Northern District on the same day.

.

IT IS SO STIPULATED:

Dated: April 4, 2018              /s/ Helen Gilbert
                                  HELEN GILBERT
                                  Assistant United States Attorney

Dated: April 4, 2018              /s/ Deborah G. Levine
                                  DEBORAH G. LEVINE
                                  Attorney for Raquel Manzo Portillo

### [PROPOSED] ORDER

UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, THE COURT HEREBY AUTHORIZES RAQUEL MANZO PORTILLO TO TRAVEL OUT OF THE NORTHERN DISTRICT OF CALIFORNIA ON APRIL 6, 2018 TO ATTEND HER SISTER'S BURIAL IN MERCED COUNTY AND RETURN THAT SAME DAY TO THE NORTHERN DISTRICT. ALL TRAVEL DETAILS SHALL BE PROVIDED TO PRE TRIAL SERVICES BEFORE LEAVING THE NORTHERN DISTRICT. ALL OTHER RELEASE CONDITIONS REMAIN UNCHANGED.

IT IS SO ORDERED

Dated: 4/5/18                     KANDIS A. WESTMORE
                                  UNITED STATES MAGISTRATE JUDGE